# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GAIL M. WITTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FIA CARD SERVICES, N.A., | ) **CASE NO. 1:09-cv-2270-CAM-AJB** |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC., EXPERIAN | ) |
| INFORMATION SOLUTIONS, | ) |
| INC., and TRANS UNION, LLC., | ) |
| | |
| Defendants. | |

## NOTICE OF APPEARANCE

COMES NOW, Rebecca B. Crawford, and makes this NOTICE OF APPEARANCE on behalf of Defendant Experian Information Solutions, Inc., in the above-referenced action.

Dated:  April 2, 2010

Respectfully submitted,
/s/ Rebecca B. Crawford
Rebecca B. Crawford
GA Bar #194180
E-mail: rbcrawford@jonesday.com
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330
***ATTORNEY FOR DEFENDANT
EXPERIAN INFORMATION
SOLUTIONS, INC.***

ATI-2417549v1

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on this the 2nd day of April, 2010, a copy of the foregoing document has been served upon counsel for all parties to this proceeding electronically via CM/ECF:

Cary S. King
Slater & King
400 Colony Square, Suite 1100
1201 Peachtree Street, NE
Atlanta, Georgia 30361
Email: cary@jkwlawfirm.com
Telephone: (404) 888-0500
*Attorney for Plaintiff Gail M. Witter*

Cinnamon V. Davis
Parker Hudson Rainer & Dobbs
285 Peachtree Center Avenue, N.E.
1500 Marquis II Tower
Atlanta, Georgia 30303
Email: cdavis@phrd.com
Telephone: (404) 523-5300
*Attorney for Defendant FIA Card Services, N.A.*

Cara Lee Hergenroether
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Email: CHergenroether@kslaw.com
Telephone: (404) 215-5796
*Attorney for Defendant Equifax Information Services, LLC*

Erik J. Grohmann
Strasburger & Price
2801 Network Blvd., Suite 600
Frisco, Texas 75034
Email: Erik.grohmann@strasburger.com
Telephone: (469-287-3920
*Attorney for Defendant Trans Union, LLC*

Alex Michael Barfield
Hawkins & Parnell
303 Peachtree Street, N.E.
4000 SunTrust Plaza
Atlanta, Georgia 30308-3243
Email: abarfield@hplegal.com
Telephone: (404) 614-7400
*Attorney for Defendant Trans Union, LLC*

ATI-2417549v1

- 3 -

/s/ Rebecca B. Crawford
Rebecca B. Crawford
GA Bar #194180
E-mail: rbcrawford@jonesday.com
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
Telephone:  (404) 581-3939
Facsimile:  (404) 581-8330

***ATTORNEY FOR DEFENDANT
EXPERIAN INFORMATION
SOLUTIONS, INC.***

ATI-2417549v1